CHARLES H. MILLER, APPELLANT, v. TOWN OF MONTCLAIR ET AL., RESPONDENTS.

Argued June 23, 1919—Decided November 17, 1919.

On appeal from the Supreme Court, whose opinion is reported in 92 *N. J. L.* 292.

For the appellant, *Collins & Corbin.*

For the respondent, *Eugene W. Leake* and *Harrison B. Lindabury.*

Per Curiam.  ·

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—The Chancellor, Swayze, Trenchard, Bergen, Kalisch, Black, White, Heppenheimer, Taylor, Gardner, Ackerson, JJ.   11.

*For reversal*—None.